TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00064-CR

Christopher Jerome Shepard, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT

NO. 19,496, HONORABLE CHARLES E. LANCE, JUDGE PRESIDING

PER CURIAM

This is an appeal from a judgment of conviction for felony driving while intoxicated. A
motion to dismiss the appeal has been filed by appellant's counsel. This motion does not comply with the
rules of appellate procedure because it is not signed by appellant. Tex. R. App. P. 42.2(a). 

The motion to dismiss states that a motion for new trial in this cause was granted by the
district court on February 13, 1998, and that appellant has since been retried and convicted on his plea of
guilty. The district clerk has confirmed this. Under the circumstances, the appeal is moot.

The motion to dismiss the appeal is dismissed for noncompliance with rule 42.2(a). The
appeal is nevertheless dismissed as moot.

Before Justices Powers, Kidd and B. A. Smith

Dismissed

Filed: March 26, 1998

Do Not Publish